IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00001-WYD-KLM

RAMONA ALLEN,

    Plaintiff,

v.

SCHOOL DISTRICT NUMBER 1, in the City and County of Denver a/k/a DENVER PUBLIC SCHOOLS,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on June 25, 2014 (ECF No. 12), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  June 25, 2014

                        BY THE COURT:

                        <u>s/ Wiley Y. Daniel</u>
                        Wiley Y. Daniel
                        Senior United States District Judge